JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARL DAVIS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. SA CV 23-00272-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute, failure to exhaust, and because it is not cognizable in habeas corpus.

Date: August 11, 2023

_____
PERCY ANDERSON
United States District Judge